# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**RITA S. BARTHELME**                                                                                          **PLAINTIFF**

**v.**                               **Case No. 4:20-cv-01018-KGB**

**SOCIAL SECURITY ADMINISTRATION**                                                      **DEFENDANT**

## ORDER

Before the Court are the Proposed Findings and Recommended Disposition ("Recommendation") submitted by United States Magistrate Judge Joe J. Volpe (Dkt. No. 14). Plaintiff Rita S. Barthelme filed no objections to the Recommendation, and the time for doing so has passed. After careful consideration of the Recommendation and the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects (*Id.*).

It is so ordered, this 2nd day of March, 2022.

*[signature: Kristine G. Baker]*

Kristine G. Baker
United States District Judge