IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**RITA S. BARTHELME**                                                                               **PLAINTIFF**

v.                                    Case No. 4:20-cv-01018-KGB

**SOCIAL SECURITY ADMINISTRATION**                                          **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that plaintiff Rita S. Barthelme's complaint is dismissed with prejudice (Dkt. No. 2). The Court denies the requested relief.

It is so adjudged this 2nd day of March, 2022.

*/s/ Kristine G. Baker*
Kristine G. Baker
United States District Judge